| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| DANIEL LEE AMBURN,<br><br>                Petitioner,<br><br>       v.<br><br>RICK HILL,<br><br>                Respondent. | Case No.  2:20-cv-02415-JDP (PC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is incarcerated at Folsom State Prison, which lies in this district.  However, his petition challenges a conviction imposed by the Del Norte Superior Court, which lies in the United States District Court for Northern District of California.  While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction.  *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, it is hereby ORDERED that this matter is transferred to the United States District Court for the Norther District of California.

IT IS SO ORDERED.

Dated:   December 18, 2020                           _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE