UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE AMBURN,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>    Respondent. | Case No. 20-cv-09283-JST<br><br>**ORDER DENYING AS MOOT POST-JUDGMENT PLEADINGS**<br><br>Re: ECF Nos. 25, 26 |

    Petitioner Daniel Lee Amburn filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his state court conviction. ECF No. 1. On July 28, 2023, the Court denied the petition for a writ of habeas corpus, and denied a certificate of appealability. ECF No. 21. On August 17, 2023, Petitioner filed a notice of appeal with the Ninth Circuit, and his appeal was given the case number 9th Cir. C No. 23-1935. ECF No. 23. On August 30, 2023, the Court docketed a pleading from Petitioner titled, "Objections to Denial of C.O.A. and Request for Certificate of Appealability from the 9th Circuit Motion for Notice of Appeal and Motion to Proceed In Forma Pauperis; Motion for Extension of Time to Timely File motion of In Forma Pauperis," and dated August 26, 2023. ECF No. 25. On September 7, 2023, the Court docketed a pleading from Petitioner titled "Request to Transfer Notice of Appeal and COA to 9th Circuit," and dated September 3, 2023. ECF No. 26. In ECF No. 26, Petitioner requests that this Court send ECF No. 25 to the Ninth Circuit Court of Appeals for docketing. The Court DENIES both ECF Nos. 25 and 26 as moot. In ECF No. 26, Petitioner clarifies that ECF No. 25 seeks relief from the Ninth Circuit, and not from this Court. And there is no need to transfer ECF No. 25 to the Ninth Circuit. The Court has checked the docket of 9th Cir. C No. 23-1935, and the pleading docketed at ECF No. 25 was docketed by the Ninth Circuit on September

8, 2023.  *See Amburn v. Hill*, C No. 23-1935 (9th Cir.), ECF No. 3.

This order terminates ECF Nos. 25, 26.

**IT IS SO ORDERED.**

Dated:  January 5, 2024



JON S. TIGAR
United States District Judge